11,721-20

ATTN: Mr. Abel Acosta
Clerk, Court of Criminal Appeals of Texas
P.O. Box 12308 (Capitol Station)
Austin, Texas 78701

WDB

December RECEIVED IN
COURT OF CRIMINAL APPEALS

RE: Exparte Willie Donnell Beasley
Trial Court Cause No. A-9192
Wrt. No. 11.721-

DEC 23 2015

Abel Acosta, Clerk

Dear Clerk:

Please be advised that after careful review of the records in this case, it appears that the Court of Criminal Appeals may have abused its discretion in delaying applicant motion for new trial. Due to the fact that 173rd district court has not denied said motion with the newly discovered evidence attached to it, neither have they had the opportunity to make its ruling or to hear the exculpatory evidence that was found outside of the records after the applicant trial and appeal. Neither has the court had a opportunity to consider applicant's claim of ineffective assistance of counsel during trial. The order to deny the motion for new trial was entered 10/28/15 and this evidence unquestioadly establish applicant's innocence. And applicant request this court to withdraw said order and give the trial court the opportunity to hear and develope the records for this court to review and appeal any denial by the trial court. And applicant has been denied substantial right in which the interest of justice would allow this to grant relief to applicant. This courts ruling was remature because the trial court has not been able to look at the merits.

Respectfully submitted,

12/18/2015

/s/ Willie D. Beasley
Willie D. Beasley
#890844

### Certificate of Service

I, Willie D. Beasley, #890844, certify that a true and correct c opy of the above and foregoing letter has been served on the Clerk Texas Court of Criminal Appeals.

Mr. Abel Acosta, Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308 Capitol Station
Austin, Texas 78711

/s/ Willie D. Beasley

12-18-15